IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAWN DOWNING

    Plaintiff,

v.     Civil No. RDB-12-1047

BALTIMORE CITY BOARD OF
SCHOOL COMMISSIONERS

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Presently pending before this Court is another Request for an Extension of Time to Complete Discovery (ECF#40). The Complaint in this case was filed on April 5, 2012 and the discovery deadline in this case has been extended several times. Accordingly, IT IS HEREBY ORDRED this 4th day of March, 2014 that said Joint Motion to Extend Discovery (**ECF#40**) is **GRANTED IN PART AND DENIED IN PART**. Specifically the Discovery Deadline and Submission of a Status Report shall be extended until **April 15, 2014**. In the event that Dr. Andres Alonso, the former CEO of the Defendant, does not respond to any efforts to schedule his deposition by April 4, 2014, counsel are to immediately notify the Court which will take steps to ensure Dr. Alonso's responsiveness to discovery requests in this case.

The Deadline for Requests for Admissions shall be **April 11, 2014** and the Dispositive Motions Deadline shall be **May 2, 2014.**

                                                                       Richard D. Bennett
                                                                       United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAR -4 P 2:59

CLERK'S OFFICE
AT BALTIMORE

BY_____ _____DEPUTY